UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMARY COLOR SYSTEMS CORPORATION, a California corporation,<br><br>                     Plaintiff,<br><br>    v.<br><br>HISCOX INSURANCE COMPANY, INC, an Illinois corporation,<br><br>                     Defendant. | Case No. 8:22-cv-02029-DFM<br>Hon.<br><br>**ORDER RE: STIPULATION TO CONTINUE HEARING DATES ON DEFENDANT HISCOX'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Stipulation; Declaration of Albert K. Alikin*]<br><br>Complaint Filed:  11/04/2022<br>Trial Date:         None set |

Pursuant to Local Rule 7-1, Plaintiff Primary Color Systems Corporation ("Plaintiff") and Defendant Hiscox Insurance Company ("Hiscox") executed a stipulation to continue the hearings on (1) Hiscox's Motion to Dismiss [Doc 12] and (2) Plaintiff's Motion for Partial Summary Judgment [Doc 15], both of which are presently set to be heard on February 6, 2023 to **February 13, 2023 at 1:30 p.m.** due to the unavailability of counsel.

///

After considering stipulation, and finding good cause, the Court Orders as follows:

1

ORDER RE: STIPULATION TO CONTINUING HEARING DATES

1. The date of the hearing on Hiscox's Motion to Dismiss [Doc 12] shall be continued **to February 13, 2023 at 1:30 p.m.**;

2. The date of the hearing on Plaintiff's Motion for Partial Summary Judgment [Doc 15] shall be continued to **February 13, 2023 at 1:30 p.m.**

**IT IS SO ORDERED.**

**Dated: January 30, 2023**

*Judge Cormac J. Carney*